**Order entered April 23, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00048-CR

**LAURA JAYNE CANNON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-82550-2014**

## ORDER
Before Justices Francis, Lang-Miers, and Whitehill

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate in this appeal **INSTANTER**.


/s/     BILL WHITEHILL
         JUSTICE